**From:** Ben Chae
**Sent:** Friday, March 20, 2026 2:31 PM
**To:** Jason Chien
**Subject:** RE: 26-788 Chae v. United States

<mark>**CAUTION - EXTERNAL:**</mark>

Yes
Yahoo Mail: Search, Organize, Conquer

On Fri, Mar 20, 2026 at 1:08 PM, Jason Chien
wrote:
Good afternoon Mr. Chae:

Please advise me if your email below constitutes your official response to the
Government's Motion.

Thank you.

*Jason Chien*
Case Manager
United States Court of International Trade
1 Federal Plaza, Room 397
New York, NY 10278

**From:** Ben Chae
**Sent:** Friday, March 20, 2026 2:04 PM
**To:** Jason Chien
**Subject:** Re: 26-788 Chae v. United States

<mark>**CAUTION - EXTERNAL:**</mark>

Greetings

Once again I do not authorize any other motion to extend the deadline on the defendant
favor.

Please advise if I need to upload this content to the Court website

Thanks

Byungmin chae

Yahoo Mail: Search, Organize, Conquer

On Fri, Mar 20, 2026 at 10:46 AM, Jason Chien
wrote:
Good morning, Mr. Chae:

Thank you for speaking with me on the phone earlier regarding your case 26-788. Please feel free to email me your response to the Government's Motion for Extension of Time directly to this email address.

Thank you.

*Jason Chien*
Case Manager
United States Court of International Trade
1 Federal Plaza, Room 397
New York, NY 10278