Byungmin Chae

3638 S.205st St. Elkhorn, NE 68022

May 27, 2026

Court of international trade / Hon. Timothy M. Reif, Judge

1 Federal Plaza New York, NY 10278

Re: the response to the defendant's motion to extend the deadline

Case No: 1:26-cv-00788-TMR


Dear Hon. Timothy M. Reif

I respectfully submit this letter in opposition to the defendant's motion for an extension of the deadline in the above-referenced matter.

The defendant has had the sufficient time to comply with the Court's schedule and deadlines. Granting an additional extension would unnecessarily delay these proceedings and may prejudice my ability to resolve this matter in a timely and efficient manner.

Furthermore, the defendant has not demonstrated the good cause sufficient to justify the requested extension. The current scheduling order was established to ensure orderly progress of the case, and modifying it without compelling justification would undermine that purpose.

For these reasons, I respectfully request that the Court deny the defendant's motion for an extension of time.

Thank you for your consideration.

Respectfully submitted,


Byungmin Chae